**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

Gladys M. Gomez-Gomez,       )
                                  )
           Plaintiff,           )
                                  )      C.A. No. S24C-08-005 MHC
v.                                 )
                                  )
Elizabeth M. Hrycak,         )
                                  )
           Defendant.      )

## ORDER

This 5th day of March, 2026, it appears to the Court that:

1. The Plaintiff, Gladys M. Gomez-Gomez, filed this complaint pursuant to a car accident on December 30, 2023. Elizabeth M. Hyrcak, the Defendant, rear-ended Plaintiff's car at the intersection of Route 113 and Route 9. The Defendant failed to file an answer and a Default Judgment was entered. An Inquisition Hearing was held on February 9, 2026. The Defendant failed to appear at the Inquisition Hearing.

2. Plaintiff seeks damages for pain and suffering and unpaid medical bills.

3. Plaintiff testified that after the accident she couldn't move her waist and hips. She was transported to the hospital by ambulance. At the hospital x-

rays were taken and pain medical was administered, and Plaintiff was then discharged. Plaintiff testified that two days after accident there was bruising on her left shoulder and right leg. Plaintiff received physical therapy for one week for her waist before her insurance refused to pay for any more sessions. On February 7, 2024, an MRI on the lumbar spine revealed a right disk herniation at the L2, L3 disks.

4. Plaintiff testified that she continues to suffer from low back pain which is constant. She continues to suffer with pain in both legs, with the right leg hurting more. She testified that walking and rest does help with the pain. She testified that she cannot stand for long hours and is therefore unable to go back to work. Luckily, Plaintiff testified, that she does have the support of her husband financially. Lastly, Plaintiff testified her lifestyle has been affected because she cannot be a leader at her church or spend as much quality time with her grandchildren.

5. Plaintiff provided unpaid medical bills totaling $2,000.00.

6. After considering the above facts, the Court enters judgment against the Defendant and awards the following:

    a. $2,000.00 for the medical bills;

    b. $5,000.00 in pain and suffering;

    c. The costs of this action; and,

d. Post-judgment interest at the rate of 5.2% pursuant to 6 *Del. C.* §230(a).

**IT IS SO ORDERED**.

/s/ *Mark H. Conner*

Mark H. Conner, Judge

oc:   Prothonotary
xc:   Andres G. De Cos, Esquire
      Elizabeth M. Hyrcak